[No. 61737-1-I. Division One. September 21, 2009.]

*In the Matter of the Marriage of* BRIAN H. MURRAY, *Respondent*, and HAZEL DIANE MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-3-00668-0, Steven J. Mura J., entered April 25, 2008. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick and Leach, JJ.

[No. 61965-9-I. Division One. September 21, 2009.]

STEPHANIE MILLER, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Defendants*, VALLEY GENERAL HOSPITAL MONROE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-04371-1, Eric Z. Lucas, J., entered June 16, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 61975-6-I. Division One. September 21, 2009.]

SHANITA S. WILLIAMS-PORCHIA ET AL., *Appellants*, v. WILDER CONSTRUCTION COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-06228-1, Ellen J. Fair, J., entered May 4, 2007. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Leach, JJ.

[No. 62006-1-I. Division One. September 21, 2009.]

BLISTEX BRACKEN LIMITED PARTNERSHIP, *Respondent*, v. THE CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-07974-2, Christopher A. Washington, J., entered July 9, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Lau, JJ.